# EXHIBIT C

| No. | Subpoena Request | Ashcroft Objections |
|---|---|---|
| 1 | All non-privileged Documents and Communications Concerning the U.S. Department of the Treasury ("Treasury") identification, pursuant to 31 U.S.C. § 5318A (i.e., "Section 311" of the USA PATRIOT Act), of LCB as "a financial institution of primary money laundering concern," including, but not limited to, those referenced in paragraph 17 of the Affidavit of David Ayres. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 2 | All non-privileged Documents and Communications Concerning the U.S. Department of Justice's ("DOJ") filing of a civil action against LCB. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 3 | All non-privileged Documents and Communications Concerning SGBL's acquisition of LCB. | Overly broad on its face; irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 4 | All non-privileged Documents and Communications Concerning the "parallel" audit of LCB referred to in *The New York Times* on December 13, 2011 *(available* at https://www.nytimes.com/20 I I/ I 2/ 14/world/m iddleeast/beirut-bank-seen-as-a-hubof-hezbollahs-financing.html) describing:       nearly 200 accounts that were suspicious for their links to Hezbollah and their classic signs of money laundering. In all, hundreds of millions of dollars a year sloshed through the accounts, held mainly by Shiite Muslim businessmen in the drug-smuggling nations of West Africa, many of them known Hezbollah supporters, trading in everything from rough-cut diamonds to cosmetics and frozen chicken, according to people with knowledge of the matter in the United States and Europe. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |

1

| No. | Subpoena Request | Ashcroft Objections |
|---|---|---|
| 5 | All non-privileged Documents and Communications forming the basis of John Ashcroft's statement to *The New York Times* that "As current and potential problems have been uncovered, [Mr. Sehnaoui] has not hesitated to act." | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 6 | All non-privileged Documents and Communications forming the basis of John Ashcroft's legal representatives' statement to The New York Times that "all the problematic accounts had been excised, even though it meant losing nearly $30 million a year in interest and fees." | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 7 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Treasury, on the other, Concerning LCB, including, but not limited to, those referenced in paragraph 17 of the Affidavit of David Ayres. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 8 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Treasury, on the other, Concerning SGBL's acquisition of LCB, including, but not limited to, those referenced in paragraph 17 of the Affidavit of David Ayres. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 9 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Treasury, on the other, Concerning former bank accounts and customers of LCB, including, but not limited to, those referenced in paragraph 17 of the Affidavit of David Ayres. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 10 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Treasury, on the other, Concerning the migration of LCB account balances and customers to SGBL or other Defendants, including, but not limited to, those referenced in paragraph 17 of the Affidavit of David Ayres. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |

| No. | Subpoena Request | Ashcroft Objections |
|---|---|---|
| 11 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the DOJ, on the other, Concerning LCB. | Overly broad on its face; irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 12 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the DOJ, on the other, Concerning SGBL's acquisition of LCB. | Overly broad on its face; irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 13 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the DOJ, on the other, Concerning former bank accounts and customers of LCB. | Overly broad on its face; irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 14 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the DOJ, on the other, Concerning the migration of LCB account balances and customers to SGBL or other Defendants. | Overly broad on its face; irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 15 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the U.S. Drug Enforcement Agency ("DEA"), on the other, Concerning LCB. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 16 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the DEA, on the other, Concerning SGBL's acquisition of LCB. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 17 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files |

| No. | Subpoena Request | Ashcroft Objections |
|---|---|---|
|  | the DEA, on the other, Concerning former bank accounts and customers of LCB. | which are virtually all subject to privilege protections or work-product doctrine |
| 18 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the DEA, on the other, Concerning the migration of LCB account balances and customers to SGBL or other Defendants. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 19 | To the extent not encompassed by prior requests, all Transactional Records identified by You, The Ashcroft Group, LLC, LCB, SGBL or any other person or entity Concerning Hezbollah or Hezbollah-affiliated persons or entities. | Overly broad on its face; irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 20 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the Association of Banks in Lebanon, on the other, Concerning former bank accounts and customers of LCB. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 21 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the Association of Banks in Lebanon, on the other, Concerning the migration of LCB account balances and customers to SGBL or other Defendants. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 22 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and the Association of Banks in Lebanon, on the other, not encompassed by the requests above Concerning Hezbollah and Hezbollah-affiliated persons or entities. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 23 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Lebanon's Special Investigation Commission, on the other, Concerning former bank accounts and customers of LCB. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |

4

| No. | Subpoena Request | Ashcroft Objections |
|---|---|---|
| 24 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Lebanon's Special Investigation Commission, on the other, Concerning the migration of LCB account balances and customers to SGBL or other Defendants. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 25 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Lebanon's Special Investigation Commission, on the other, not encompassed by the requests above Concerning Hezbollah and Hezbollah-affiliated persons or entities. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 26 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Lebanon's Banque Du Liban, on the other, Concerning former bank accounts and customers of LCB. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 27 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Lebanon's Banque Du Liban, on the other, Concerning the migration of LCB account balances and customers to SGBL or other Defendants. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 28 | All Communications between You and/or The Ashcroft Group, LLC, on the one hand, and Lebanon's Banque Du Liban, on the other, not encompassed by the requests above Concerning Hezbollah and Hezbollah-affiliated persons or entities. | Irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |
| 29 | All non-privileged Documents and Communications generated in the course of The Ashcroft Group, LLC's "consulting services in support of ALF's representation of Société General de Banque au Liban, S.A.L. ('SGBL') (the 'Project')," as described in paragraph 14 of the Affidavit of David Ayres. | Overly broad on its face; irrelevant to claims in litigation; available from third-parties; overly burdensome to identify from files which are virtually all subject to privilege protections or work-product doctrine |

5