AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Robert Bartlett et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-mc-1279 |
| SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL e | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Bartlett et al., .

Date:   06/05/2024

/s/ Donald Migliori
*Attorney's signature*

Donald A. Migliori, 567562
*Printed name and bar number*
Motley Rice, LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464

*Address*

dmigliori@motleyrice.com
*E-mail address*

(843) 216-9000
*Telephone number*

(843) 216-9450
*FAX number*